In the Matter of MOHAWK MANUFACTURING Co., INC., Respondent, against ERNEST CAVICCHI, Doing Business as WADE BUTTON Co., Appellant.

Argued June 2, 1939; decided June 21, 1939.

*William D. Burrows, Alan N. Mann* and *John H. Jackson* for appellant.

*Charles Saleson* and *Ralph H. Miller* for respondent.

Judgment affirmed, with costs; no opinion. (See 281 N. Y. 669.)

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.